■ In the Matter of the Estate of JANET C. HAUCK, Deceased. CITIBANK, N. A., et al. as Coexecutors of JANET C. HAUCK, Deceased. [608 NYS2d 800] —Decree, Surrogate's Court, New York County (Eve Preminger, S.), entered on or about February 8, 1993, which ordered, adjudged and decreed that a certain 1950 Jackson Pollock painting is the property of the estate of decedent Janet. C. Hauck, unanimously affirmed, without costs.

■ In the Matter of the Estate of JANET C. HAUCK, Deceased. JANET H. WARD, Appellant. [608 NYS2d 799] —Order, Surrogate's Court, New York County (Eve Preminger, S.), entered on or about July 8, 1993, which, after hearing, dismissed the petition to compel delivery of a certain 1948 painting by Jackson

Pollock in the possession of the Executors, unanimously affirmed, without costs.

For reasons similar to those stated in *Matter of Hauck* (200 AD2d 405 [decided herewith]), the evidence presented at the hearing concerning the 1948 painting does not satisfy the putative donee's burden of persuasion *(Mortellaro v Mortellaro,* 91 AD2d 862, 863) to present clear and convincing proof *(Matter of Lefft,* 44 NY2d 915, 918) of unequivocal donative intent *(see, e.g., Matter of Giacalone,* 143 AD2d 749). The testimony at the 1993 hearing was equally consistent with a wish that the Pollock painting be taken for safe-keeping (as was admittedly the case with the work of another artist, taken by the putative donee at the same time) as it was with a donative intent. It was also consistent with the claimant's status as a specific legatee of the painting under decedent's will.

We have considered the appellant's remaining arguments, and find them to be without merit. Concur—Sullivan, J. P., Carro, Wallach and Asch, JJ.